1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

7

**DISTRICT OF NEVADA**

8   UNITED STATES OF AMERICA,                    )
                                                 )
9                          Plaintiff,            )
                                                 )
10                     v.                         )     3:13-CR-072-MMD-(VPC)
                                                 )
11   LUIZ ACUNA-GRAGEDA,                          )
                                                 )
12                          Defendant.            )

13

14                 **PRELIMINARY ORDER OF FORFEITURE**

15        This Court finds that on September 3, 2013, defendant LUIZ ACUNA-GRAGEDA pled

16   guilty to Count One of a One-Count Criminal Indictment charging him with Felon in Possession of a

17   Firearm in violation of Title 18, United States Code, Section 922(g)(1). Indictment, ECF No. 9;

18   Change of Plea, ECF No. 21.

19        This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America

20   has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal

21   Indictment and the offense to which defendant LUIZ ACUNA-GRAGEDA pled guilty.

22        The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section

23   924(d)(1) and Title 28, United States Code, Section 2461(c):

24             1.   Taurus .38 caliber revolver, serial number GK77446; and

25             2.   Any and all ammunition ("property").

26   . . .

1    This Court finds the United States of America is now entitled to, and should, reduce the
2 aforementioned property to the possession of the United States of America.
3    NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the
4 United States of America should seize the aforementioned property.
5    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of
6 LUIZ ACUNA-GRAGEDA in the aforementioned property is forfeited and is vested in the United
7 States of America and shall be safely held by the United States of America until further order of the
8 Court.
9    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America
10 shall publish for at least thirty (30) consecutive days on the official internet government forfeiture
11 website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the
12 time under the applicable statute when a petition contesting the forfeiture must be filed, and state the
13 name and contact information for the government attorney to be served with the petition, pursuant to
14 Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).
15    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed
16 with the Clerk of the Court, Bruce R. Thompson U.S. Courthouse and Federal Building, 400 South
17 Virginia Street, 3rd Floor, Reno, NV 89501.
18    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,
19 shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the
20 following address at the time of filing:

21        Greg Addington
          Assistant United States Attorney
22        100 West Liberty Street, Suite 600
          Reno, NV 89501
23
24 . . .
25 . . .
26 . . .

2

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein

2    need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency

3    following publication of notice of seizure and intent to administratively forfeit the above-described

4    property.

5    DATED this _18th_ day of _November_, 2013.

6

7

8    _____
     UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

3